THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* LORENZO WAYNE WILLIAMS, Petitioner-Appellant.

(No. 59427;

First District (3rd Division)—November 7, 1974.

Opinion by Mr. JUSTICE DEMPSEY.

Paul Bradley and James R. Streicker, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John F. Brennan, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY L. WEEKS, Defendant-Appellant.

(No. 59907;

First District (3rd Division)—November 7, 1974.